FILED

JUL 2 0 2012

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 2 0 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RUBEN RODRIGUEZ BERNAL, ) | Case No. CV 12-4558-MWF (MLG) |
|      Petitioner, ) | JUDGMENT |
|      v. ) | |
| RON BARNES, WARDEN, ) | |
|      Respondent. ) | |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: July 19, 2012

Michael F. Fitzgerald
United States District Judge